**Roger Lee JENKINS, Petitioner–Appellant,**

v.

**Michael COLEMAN, Acting Warden, Mount Olive Correctional Complex, Respondent–Appellee,**

**and**

**Howard Painter, Warden, Respondent.**

**No. 02–6965.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 12, 2002.

Roger Lee Jenkins, Appellant Pro Se. Heather Dawn Foster, Assistant Attorney General, Darrell V. McGraw, Jr., Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Roger Lee Jenkins seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000); he also challenges the denial of his motion to alter or amend the judgment. We have reviewed the record and conclude for the reasons stated by the district court that Jenkins has not made a substantial showing of the denial of a constitutional right. *See Jenkins v. Painter*, No. CA–01–507–2 (S.D.W. Va. May 14, 2002; July 15, 2002). Accordingly, we deny Jenkins' motion for a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*